1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10

STEFFON GILLYARD,

CASE NO. C24-1666JHC

11

Plaintiff,

v.

RULE 16(b) SCHEDULING
ORDER REGARDING CLASS
CERTIFICATION MOTION

12

13

FEDERAL EXPRESS
CORPORATION,

14

Defendant.

15

16

17

| Deadline to complete discovery on class certification (not to be construed as a bifurcation of discovery) | *July 1, 2025* |
|---|---|
| Deadline for Plaintiff to file motion for class certification | *August 1, 2025* |
| Deadline for Defendant's Response | *October 2, 2025* |
| Deadline for Plaintiff's Reply | *November 7, 2025* |

18

19

20

21

22

ORDER - 1

1   This Order is issued at the outset of the case, and a copy is sent by the clerk to

2   counsel for Plaintiff (or Plaintiff, if pro se) and any defendants who have appeared.

3   Plaintiff's counsel (or Plaintiff, if pro se) is directed to serve copies of this Order on all

4   parties who appear after this Order is filed.  Such service shall be accomplished within

5   ten (10) days after each appearance.

6   The Court will set further case schedule deadlines pursuant to Federal Rule of

7   Civil Procedure 16(b) after ruling on the motion for class certification.  Counsel for

8   Plaintiff shall inform the Court immediately should Plaintiff at any time decide not to

9   seek class certification.  The dates set in this scheduling order are firm dates that can be

10  changed only by order of the Court, not by agreement of the parties.  The Court will alter

11  these dates only upon good cause shown.  The failure to complete discovery within the

12  time allowed will not ordinarily constitute good cause. As required by LCR 37(a), all

13  discovery matters are to be resolved by agreement if possible. In addition, pursuant to

14  Federal Rule of Civil Procedure 16, the Court "direct[s] that before moving for an order

15  relating to discovery, the movant must request a conference with the Court" by notifying

16  Ashleigh Drecktrah, Courtroom Deputy, at Ashleigh_Drecktrah@wawd.uscourts.gov.

17  See Fed. R. Civ. P. 16(b)(3)(B)(v).

18  Dated this 16th day of January, 2025.

19

20

21

_____
The Honorable John H. Chun
United States District Judge

22

ORDER - 2