UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STEFFON GILLYARD, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL EXPRESS CORPORATION, a Delaware corporation,<br><br>Defendant. | CASE NO. 2:24-cv-01666<br><br>ORDER GRANTING STIPULATED MOTION TO CONTINUE CLASS CERTIFICATION MOTION SCHEDULE |

Based upon the agreement and stipulation of counsel, Dkt. # 13, IT IS HEREBY ORDERED that the Class Certification Motion Schedule be continued as follows:

1. The deadlines relating to class certification are hereby stricken.
2. The Parties shall submit a status report no later than 10 days after the scheduled mediation.

ORDER GRANTING STIPULATED MOTION TO
CONTINUE CLASS CERTIFICATION MOTION
SCHEDULE
CASE NO.: 2:24-cv-01666

1
2    DATED this 24th day of June, 2025.
3
4                                    _____
5                                    JOHN H. CHUN
                                     UNITED STATES DISTRICT JUDGE
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

ORDER GRANTING STIPULATED MOTION TO
CONTINUE CLASS CERTIFICATION MOTION
SCHEDULE
CASE NO.: 2:24-cv-01666