UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| STEFFON GILLYARD, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL EXPRESS CORPORATION, a Delaware corporation,<br><br>Defendant. | CASE NO. 2:24-cv-01666<br><br>STIPULATED MOTION AND ORDER TO SET CLASS CERTIFICATION BRIEFING SCHEDULE<br><br>NOTE ON MOTION CALENDAR: November 10, 2025 |

**STIPULATION**

Plaintiff STEFFON GILLYARD ("Plaintiff") and Defendant FEDERAL EXPRESS CORPORATION ("Defendant") (Plaintiff and Defendant together referred to as the "Parties"), by and through their undersigned attorneys, respectfully submit this Stipulated Motion to Set Class Certification Briefing Schedule.

On October 30, 2025, the Parties attended mediation but were unable to resolve this matter. Therefore, pursuant to Dkt #14, the Parties submit this status report and propose the Court set a schedule for briefing class certification as set forth below:

| | | |
|---|---|---|
| 1 | Plaintiff's Motion: | August 3, 2026 |
| 2 | Defendant's Response: | October 5, 2026 |
| 3 | Plaintiff's Reply: | November 2, 2026 |

Dated: November 10, 2025

**Rekhi & Wolk, P.S.**

By: *s/ Erika Lane*
Hardeep S. Rekhi, WSBA No. 34579
Gregory A Wolk, WSBA No. 28946
Erika Lane, WSBA No. 40854
529 Warren Ave N., Suite 201
Seattle, WA 98109
Telephone: (206) 388-5887
Facsimile: (206) 577-3924
E-Mail: hardeep@rekhiwolk.com
greg@rekhiwolk.com
elane@rekhiwolk.com

**Ferraro Vega Employment Lawyers, Inc.**

By: *s/ Nicholas J. Ferraro*
Nicholas J. Ferraro, WSBA No. 59674
3333 Camino del Rio South, Suite 300
San Diego, California 92108
Telephone: (619) 693-7727
Facsimile: (619) 350-6855
Email: nick@ferrarovega.com
*Attorneys for Plaintiff*

STIPULATED MOTION AND ORDER TO
CONTINUE CLASS CERTIFICATION MOTION
SCHEDULE
CASE NO.: 2:24-cv-01666

Dated: November 10, 2025

**Wilson Smith Cochran Dickerson**

By: *s/ Gabriella Wagner*
Gabriella Wagner, WSBA No. 42898
1000 Second Ave, Suite 2050,
Seattle, WA 98104-3629,
Telephone: (206) 623-4100
Email: Wagner@wscd.com

*Attorneys for Defendant Federal Express Corporation*

Mitchell S. Bober
1000 FedEx Drive
Moon Township, PA 15108
Telephone: (412) 859-2120
Email: Mitchell.bober@fedex.com

I certify that this memorandum contains 93 words, in compliance with the Local Civil Rules.

# ORDER

Based upon the foregoing agreement and stipulation of counsel, IT IS HEREBY ORDERED that the Class Certification Motion Schedule be set as follows:

| | |
|---|---|
| Plaintiff's Motion: | August 3, 2026 |
| Defendant's Response: | October 5, 2026 |
| Plaintiff's Reply: | November 2, 2026 |

DATED this 10th day of November, 2025.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE