UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| STEFFON GILLYARD and JEFFREY WOOLLEY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL EXPRESS CORPORATION, a Delaware corporation,<br><br>Defendant. | CASE NO. 2:24-cv-01666<br><br>STIPULATED MOTION AND ORDER TO CONTINUE CLASS CERTIFICATION MOTION SCHEDULE<br><br>NOTE ON MOTION CALENDAR: June 22, 2026 |

**STIPULATION**

Plaintiffs STEFFON GILLYARD and JEFFREY WOOLEY ("Plaintiffs") and Defendant FEDERAL EXPRESS CORPORATION ("Defendant") (Plaintiff and Defendant together referred to as the "Parties"), by and through their undersigned attorneys, respectfully submit this Stipulated Motion to Continue Class Certification Motion Schedule.

The Parties previously stipulated to a class certification motion schedule to accommodate a mediation on October 30, 2025 with Mediator Judge Paris Kallas (Ret). *See* Dkt. 13. The mediation was unsuccessful with the Parties subsequently agreeing to a class certification briefing schedule beginning on August 3, 2026. *See* Dkt. 18. The Court granted

STIPULATED MOTION AND ORDER TO
CONTINUE CLASS CERTIFICATION MOTION
SCHEDULE
CASE NO.: 2:24-cv-01666

the stipulation and set the briefing schedule accordingly. Dkt. 19.

However, the Parties have continued to engage in settlement discussions and agree that additional time to negotiate and conduct a second mediation would better serve the Parties and the Court, rather than proceeding with the current briefing schedule. Therefore, the Parties wish to continue the current Class Certification Motion Schedule for approximately five months to accommodate continued settlement negotiations.

The Parties have conferred in good faith. There will be no prejudice to the Parties if this Stipulated Motion is granted. In the interests of justice, this Stipulated Motion should be granted.

Accordingly, the Parties, through their counsel, hereby stipulate and agree to request the Court continue and set the schedule for briefing class certification as follows:

| | |
|---|---|
| Plaintiffs' Motion: | January 11, 2027 |
| Defendant's Response: | March 8, 2027 |
| Plaintiffs' Reply: | April 5, 2027 |

The undersigned certify that this memorandum contains 234 words, in compliance with the Local Civil Rules.

Dated: June 19, 2026.                                  **Rekhi & Wolk, P.S.**

By: *s/ Gregory Wolk*
Gregory A Wolk, WSBA No. 28946
Hardeep S. Rekhi, WSBA No. 34579
529 Warren Ave N., Suite 201
Seattle, WA 98109
Telephone: (206) 388-5887
Facsimile: (206) 577-3924
E-Mail: greg@rekhiwolk.com
            hardeep@rekhiwolk.com

STIPULATED MOTION AND ORDER TO
CONTINUE CLASS CERTIFICATION MOTION
SCHEDULE
CASE NO.: 2:24-cv-01666

**Ferraro Vega Employment Lawyers, Inc.**

By: *s/ Nicholas J. Ferraro*
Nicholas J. Ferraro, WSBA No. 59674
3333 Camino del Rio South, Suite 300
San Diego, California 92108
Telephone: (619) 693-7727
Facsimile: (619) 350-6855
Email: nick@ferrarovega.com

*Attorneys for Plaintiffs*

Dated: June 19, 2026.

By: *s/ Mitchell S. Bober* (per authorization)
Mitchell S. Bober
1000 FedEx Drive
Moon Township, PA 15108
Telephone: (412) 859-2120
Email: Mitchell.bober@fedex.com

Daniel T. French
3620 Hacks Cross Road
Building B, Third Floor
Memphis, TN 38125
Telephone: (901) 434-8353
Email: danielfrench@fedex.com

**Wilson Smith Cochran Dickerson**

By: *s/ Gabriella Wagner* (per authorization)
Gabriella Wagner, WSBA No. 42898
1000 Second Ave, Suite 2050,
Seattle, WA 98104-3629,
Telephone: (206) 623-4100
Email: Wagner@wscd.com

*Attorneys for Defendant Federal Express Corporation*

STIPULATED MOTION AND ORDER TO
CONTINUE CLASS CERTIFICATION MOTION
SCHEDULE
CASE NO.: 2:24-cv-01666

**ORDER**

Based upon the foregoing agreement and stipulation of counsel, IT IS HEREBY ORDERED that the deadlines for Class Certification Motion Schedule shall be continued as follows:

Plaintiffs' Motion: January 11, 2027

Defendant's Response: March 8, 2027

Plaintiffs' Reply: April 5, 2027

DATED this 22nd day of June, 2026.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND ORDER TO
CONTINUE CLASS CERTIFICATION MOTION
SCHEDULE
CASE NO.: 2:24-cv-01666